IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JERRY LEE CONTRERAS, | * |
| Petitioner, | * |
| v. | Case No. 5:25-cv-00393-TES-CHW |
| | * |
| SHERIFF DAVID DAVIS et al, | |
| | * |
| Respondents. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated 1/27/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of January, 2026.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk